# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 18 B 27705 |
| | ) | |
| TYESIA L. JOHNSON, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

## NOTICE OF MOTION OF SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL TO MODIFY AUTOMATIC STAY

VIA ELECTRONIC NOTICE:

To:   Marilyn O. Marshall (Trustee)           David M. Siegel, Esq. (Debtor's Counsel)
      224 South Michigan Avenue, Suite 800    David M. Siegel & Associates
      Chicago, Illinois 60604                 790 Chaddick Drive
                                              Wheeling, Illinois 60090

VIA U.S. MAIL:

To:   Tyesia L. Johnson (Debtor)
      316 Waldmann Drive
      Park Forest, Illinois 60466

PLEASE TAKE NOTICE that on September 16, 2020 at 1:30 p.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in his/her stead, and present the *Motion of Santander Consumer USA Inc., d/b/a Chrysler Capital to Modify Automatic Stay*, a copy of which is attached.

**This Motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the Motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this Motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the Motion in advance without a hearing.

                                              Respectfully submitted,
                                              SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL,
                                              Creditor,

David J. Frankel (Ill. #6237097)              By:   /s/ Cari A. Kauffman
Cari A. Kauffman (Ill. #6301778)              One of its attorneys
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

**CERTIFICATE OF SERVICE**

   The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at Chicago, Illinois 60616 on September 2, 2020, before the hour of 5:00 p.m.

                ___/s/ Cari A. Kauffman___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 18 B 27705 |
| | ) | |
| TYESIA L. JOHNSON, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

**MOTION OF SANTANDER CONSUMER USA INC.,
D/B/A CHRYSLER CAPITAL TO MODIFY AUTOMATIC STAY**

SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL ("Santander"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2020), and such other Sections and Rules may apply, to enter an Order modifying the automatic stay provided therein. In support thereof, Santander states as follows:

1. On October 2, 2018, Tyesia L. Johnson ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code. On December 12, 2018, Debtor filed an Amended Chapter 13 Plan, which provides for payments on Santander's secured claim through the Chapter 13 Trustee, and which was confirmed on December 19, 2018.

2. Santander is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2015 Jeep Patriot motor vehicle bearing a Vehicle Identification Number of 1C4NJPBB8FD139854 (the "Vehicle"). (See Ex. "A").

3. Debtor has not offered, and Santander is not receiving, adequate protection for its secured interest or depreciating value. To the contrary, Debtor has failed to make required payments to the standing Chapter 13 Trustee in these proceedings, resulting in non-payment of Santander's claim.

4. Additionally, Debtor has failed to provide Santander or its counsel with proof of a valid full coverage insurance policy for the Vehicle identifying Santander as the lienholder/loss payee.

5. As such, Santander seeks relief from the automatic stay so that Santander may take possession of and sell the Vehicle and apply the sales proceeds to the balance due from Debtor.

6. Debtor has no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtor.

7. Santander will suffer irreparable injury, harm, and damage should it be delayed in taking possession of and foreclosing its security interest in the Vehicle.

8. Santander requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE,** Santander Consumer USA Inc., d/b/a Chrysler Capital respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay provided by Section 362 of the Bankruptcy Code to permit Santander to take immediate possession of and foreclose its security interest in the 2015 Jeep Patriot motor vehicle bearing a Vehicle Identification Number of 1C4NJPBB8FD139854; and, for such other, further, and different relief as this Court deems just and proper.

Respectfully submitted,
SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL,
Creditor,
By: ___/s/ Cari A. Kauffman___
One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

Santander/Johnson/Motion to Modify Stay