# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-27705 |
| | ) | |
| Tyesia L. Johnson, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge Deborah L. Thorne |

## NOTICE OF MOTION

TO: See attached list

On November 18, 2020, at 1:30 p.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:
  **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.
  **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.
  **Meeting ID and password.** The meeting ID for this hearing is **160 9362 1728** – no password required. The meeting ID and further information can also be found on the Judge Thorne's web page on the court's web site.

  **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Movant:  Tyesia L. Johnson
By:  Michael R. Colter, II
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
mcolter@davidmsiegel.com

## CERTIFICATE OF SERVICE

  I certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on October 27, 2020 at 5:00 p.m.

/s/ Michael R. Colter, II
Micahel R. Colter, II

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: thocall@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*

Tyesia L. Johnson
316 Waldman Drive
Park Forest, IL 60466

US Department of Education
P O Box 16448
St Paul, MN 55116-0448

City Of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W Jackson Blvd Ste 600
Chicago, IL 60604

Reliamax Lending Services
PO Box 91910
Sioux Falls, SD 57109

Santander Consumer USA Inc.
an Illinois corporation
d/b/a Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-1245

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Santander Consumer USA
P.O. Box 961245
Ft. Worth, TX 76161-1245

Pendrick Capital Partners II, LLC
c/o Peritus Portfolio Services II, LLC
PO Box 141419
Irving, TX 75014-1419

Nicor Gas
P.O. Box 549
Aurora, IL 60507

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | 18-27705 |
| | ) | |
| **Tyesia L. Johnson,** | ) | **Chapter 13** |
| | ) | |
| Debtor(s). | ) | Hon. Judge Deborah L. Thorne |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, **Tyesia L. Johnson,** by and through her attorney, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On October 2, 2018, Debtor filed for relief under Chapter 13 of Title 11 USC.

3) Debtor's Plan was confirmed on December 19, 2018, with monthly payments of $375.00, and general unsecured creditors receiving no less than 10% of their allowed claims.

4) Debtor was laid off due to COVID-19 but Debtor is now working full time.

5) Debtor can resume making payments to the trustee per the amended I and J.

6) Debtor seeks to modify her plan under § 1329 and defer the current default.

7) Debtor seeks to modify her plan under § 1329 and reduce the plan payment to $330.00. General unsecured creditors will still receive no less than 10% of their allowed claims.

8) Debtor seeks to modify her plan to extend beyond 60 months which allowed by the CARES Act amendments to 11 U.S.C. § 1329. The plan is projected to run 70 months from filing.

9) Debtor seeks these modifications to her plan without the intent to commit fraud.

WHEREFORE, the Debtor, **Tyesia L. Johnson**, prays that this Honorable Court enter an Order Modifying Debtor's Chapter 13 Plan and for other such relief as the Court deems fair and proper.

        Respectfully Submitted,

        /s/ Michael R. Colter, II
        Michael R. Colter, II, A.R.D.C. #6304675
        Attorney for the Debtor